# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUSTIN LEN COCHRAN, <br><br> Defendant. | **CR-14-75-GF-BMM** <br><br><br><br> **ORDER** |

United States Magistrate Judge John Johnston entered Amended Findings and Recommendations in this matter on December 31, 2019. (Doc. 61.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on December 27, 2019. (Doc. 57.) The United States accused Cochran of violating his conditions of supervised release by using methamphetamine on two separate occasions; by failing to report for substance abuse treatment; by failing to report for substance abuse testing; and by consuming alcohol. (Doc. 54.)

At the revocation hearing, Cochran admitted to by using methamphetamine on two separate occasions; failing to report for substance abuse testing; and consuming alcohol. (Doc. 117.) The Court dismissed alleged violation 2, failing to report for substance abuse treatment. Judge Johnston found that Cochran's violations warrant revocation, and recommended that Cochran be incarcerated for 4 months, with 32 months of supervised release to follow with the first 60 days of supervised release in a secure inpatient substance abuse treatment center. (Doc. 61 at 4.)

The violation proves serious and warrant revocation of Cochran's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 61) are **ADOPTED IN FULL.**

 **IT IS FURTHER ORDERED** that Defendant Justin Len Cochran be incarcerated for a term of 4 months, with 32 months of supervised release to

follow, with the first 60 days of supervised release at an inpatient substance abuse treatment center. Cochran will serve up to the next 180 days in a residential re-entry center, as directed by his probation officer.

DATED this 6th day of January, 2020.

_____
Brian Morris
United States District Court Judge